## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Michelle Sudler | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 15-18899 JKF |

### ORDER

AND NOW, on this 16th day of March, 2017, having heard Debtor's Objection to the PA Department of Revenue's Proof of Claim No. 2 and any responses thereto, it is hereby ORDERED that Debtors' Objection to Proof of Claim No. 2 is SUSTAINED.  Proof of Claim no. 2 is hereby disallowed if the PA Department of Revenue does not amend its proof of claim within seven (7) days of this order.

_____
Honorable Jean K. FitzSimon